IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JUDY SMITH**                                                                                          **PLAINTIFF**

**VS.**                                          **CASE NO. 1:14CV00152 PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
     **Social Security Administration**                                    **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice.  The relief sought is denied.

DATED this 27th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE